OFFICE COPY

BLANK ROME, LLP
Attorneys for Plaintiff
MELODIA SHIPPING INC.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
tbelknap@blankrome.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELODIA SHIPPING INC.,

        Plaintiff,

      -against-

LOUIS DREYFUS COMMODITIES SUISSE
S.A.,

        Defendant.

08 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

plaintiff MELODIA SHIPPING INC. certifies that, according to information provided to counsel

by its clients, MELODIA SHIPPING INC. is not a publicly held corporation or subsidiary or

affiliate of a publicly held corporation.

Dated:      New York, New York
             February 29, 2008

                    BLANK ROME, LLP
                    Attorneys for Plaintiff
                    MELODIA SHIPPING INC.

                    By_____
                        Thomas H. Belknap, Jr. (TB-3188)
                    The Chrysler Building
                    405 Lexington Ave.
                    New York, NY 10174-0208
                    (212) 885-5000
                    tbelknap@blankrome.com